UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80020-MIDDLEBROOKS

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ALEX J. SHEEHAN,

       Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court upon Plaintiff's Motion for Entry of Default Judgment (DE 7) ("Motion"), filed February 25, 2013. As of today, Defendant Alex J. Sheehan has failed to respond to the Complaint (DE 1) or otherwise appear in this action.

Southern District of Florida Local Rule 7.1(c) states:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed *sufficient cause for granting the motion by default.*

S.D. Fla. L.R. 7.1(c) (emphasis added).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Alex J. Sheehan shall, by **5:00p.m.** on **Friday, March 29, 2013**, show cause why the instant Motion should not be granted by default, including in the Response to this Order a Memorandum of Law addressing the merits of the instant Motion.

**DONE AND ORDERED** at Chambers in West Palm Beach, Florida, this ___ day of March, 2013.

                                                   DONALD M. MIDDLEBROOKS
                                                   UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record;
                  Alex J. Sheehan
                  6889 150th Place N.
                  Palm Beach Gardens, FL 33418

1